RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/16/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ADAM PATRICK GREGOIRE | CIVIL ACTION NO. 08-1907 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JIMMY SHIVERS, WARDEN, ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

On December 2, 2008, Plaintiff Adam Patrick Gregoire, acting *pro se*, brought this action pursuant to 42 U.S.C. §1983.

On April 22, 2009, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 9] recommending that Plaintiff's action be dismissed.

That same day, the Clerk of Court sent the Report and Recommendation to Plaintiff at the Madison Parish Correctional Center in Tallulah, Louisiana, Plaintiff's last known place of confinement.

The envelope containing the Report and Recommendation was returned to the Clerk of Court on April 30, 2009, with a notation: "Inmate no longer at this facility."

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the Report and Recommendation was returned to the Clerk of Court as undeliverable on April 30, 2009. Plaintiff failed to advise the Court of his new address by June 1, 2009. The 30 day period within which Plaintiff was required to notify the Court of his new address

has expired. Accordingly, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W for failure to prosecute.

MONROE, LOUISIANA, this 16 day of June, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE